DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

GODWIN v. CLARK, GODWIN, HARRIS & LI

No. 171 PC.

Case below: 40 N.C. App. 710.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 30 July 1979. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 30 July 1979.

JENKINS v. THEATRES, INC.

No. 194 PC.

Case below: 41 N.C. App. 262.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 July 1979.

REAL ESTATE TRUST v. DEBNAM

No. 193 PC.

No. 86 (Fall Term).

Case below: 41 N.C. App. 256.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 30 July 1979.

ROUSE v. MAXWELL

No. 147 PC.

No. 68 (Fall Term).

Case below: 40 N.C. App. 538.

Petition by third-party defendant Simpson for writ of certiorari to North Carolina Court of Appeals allowed 30 July 1979.

STATE v. CHAMBERS and HICKS and DUNN

No. 230 PC.

Case below: 41 N.C. App. 380.

Petition by defendants for discretionary review under G.S. 7A-31 denied 30 July 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 July 1979.